**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | | | |
|---|---|---|---|
| DEBTOR: **George Dewey Warner** | JOINT DEBTOR: | CASE NO.: | **16-10501** |
| Last Four Digits of SS# **xxx-xx-5758** | Last Four Digits of SS# | Case Filed | 1/13/2016 |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

    A.  $ **489.78** for months **1** to **5** ;
    B.  $ **49.51** for months **6** to **60** ;
    C.  $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative:    Attorney's Fee -    $ **3,500.00**    TOTAL PAID $ **1,296.00**
                 Balance Due    $ **2,204.00** payable $ 440.80 /month (Months **1** to **5**)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-**      Arrearage on Petition Date $ _____
Address: _____      Arrears Payment $ _____ /month (Months _ to _)
Account No: _____      Regular Payment $ _____ /month (Months _ to _)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

Unsecured Creditors: Pay $ **44.56** /month (Months **6** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Special Intentions:

The debtor will modify the plan to increase the amounts to be paid in to provide for a 100% payment to all allowed unsecured claims.

Other Provisions Not Included Above:
I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ George Dewey Warner**
**George Dewey Warner**
Debtor

Date: **January 27, 2016**