**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☑ __2nd__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| DEBTOR: | **George Dewey Warner** | JOINT DEBTOR: | | CASE NO.: | **16-10501** |
|---|---|---|---|---|---|
| Last Four Digits of SS# | **xxx-xx-5758** | Last Four Digits of SS# | | Case Filed | 1/13/2016 |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 3 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ **730.19** for months **1** to **3** ;
B. $ _____ for months ____ to ____ ;
C. $ _____ for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3,500.00**   TOTAL PAID $ **3,500.00**
Balance Due $ **0** payable $ _____ /month   (Months ____ to ____ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-**   Arrearage on Petition Date $ _____
Address: _____   Arrears Payment $ _____ /month   (Months _ to _)
Account No: _____   Regular Payment $ _____ /month   (Months _ to _)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. **IRS**
   **Special Procedures**
   **P.O. Box 7346**
   **Philadelphia, PA 19101**   Total Due $ **1,630.99**
   Payable $ **543.66** /month   (Months 1 to 3)   Regular Payment $ **N/A**

Unsecured Creditors: Pay $ **113.51** /month (Months **1** to **3** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Special Intentions:

Teacher Federal Cred U: The debtor is surrendering the interest in the Property to the Creditor.

The debtor will modify the plan to increase the amounts to be paid in to provide for a 100% payment to all allowed unsecured claims.

Other Provisions Not Included Above:
I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ George Dewey Warner**
**George Dewey Warner**
Debtor

Date: **June 17, 2016**