UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

In re:                                                                  Case No:        16-10501

                                                                        Chapter          13

George Dewey Warner

         Debtor(s)
_____/

AGREED MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, Trustone Financial Federal Credit Union, (hereinafter movant), moves the Court pursuant to 11 U.S.C., Section 362(d) and Bankruptcy Rule 4001, for relief from the automatic stay, and states:

1. Debtor filed a Voluntary Petition for Relief under 12. U.S.C., Chapter 13, on January 13, 2016.

2. Prior thereto, on or about June 1, 2005, Debtor herein, entered into a Security Agreement with movant.

3. Movant is the owner and holder of a Note and Mortgage, which constitute a lien in the property described thereunder.

4. A copy of the above referred to documents which each support movant's security interest are attached hereto and made a part hereof as movant's Exhibits "A" and "B."

5. That the property which is the subject of this motion for relief from automatic stay is as follows: Lots 1,2,21 and 22 in Block 23 of Third Addition to North park Subdivision, in the Northwest Quarter of Section 2, Town 1 North, Range 20 East of the Fourth Principal Meridian, lying and being in the Village of Paddock lake, County of Kenosha and State of Wisconsin.

6. Debtor has failed to make payments of principal and interest on the aforementioned contract, the said contract being in default for the payment due July 1, 2015, in the amount of $1,248.09, and that there is due on the contract a balance of, which amounts are secured by the Security Agreement.

7. Movant is entitled to relief from the automatic stay and in support thereof affirmatively states that movant lacks adequate protection of an interest in property, and (a) The debtor does not have an equity in such property; and (b) Such property is not necessary to an effective reorganization. Or, in the alternative, movant is entitled to an order conditioning the stay on adequate protection payments.

8. Movant and Debtor have agreed to the entry of an order granting this motion in exchange for Movant agreeing to not file a Proof of Claim in this matter.

Dated this ___ day of May, 2016.

_____
James Alan Poe
Attorney for Debtor

Dated this 18th day of May, 2016.

Trustone Financial cu / Angie Ruz
Trustone Financial Federal Credit Union
Print Name: ANGIE PEREZ
Title: LOSS Prevention