UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                              Case No:    16-10501
                                                    Chapter     13
George Dewey Warner

   Debtor(s)
_____/

## MOTION TO REINSTATE CASE

COME(S) NOW, Debtor(s) by and through the undersigned counsel and moves this Honorable Court to *Reinstate the instant case*, and as grounds therefore state(s):

1. On January 13, 2016, the Debtor(s) filed a Chapter 13 Petition.

2. On July 29, 2016, the Chapter 13 was dismissed.

3. The case was dismissed for failure to of the debtor to Obj/Conform to claim #2 and Reaffirm, redeem or surrender Schedule D Creditor: Teachers Federal CU.

I CERTIFY that the Debtor(s) current under the latest filed plan.

WHEREFORE, for the above stated reasons, Debtor(s) respectfully requests this Honorable Court to Reinstate the Chapter 13 Case.

I CERTIFY, that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9013-1(E)

Counsel for debtor certifies that he is holding sufficient funds required to be paid under the plan and said funds are in the attorney's trust accent or being held in the form of a cashier's check.

### CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)

I CERTIFY that a true and correct copy of the foregoing has been provided by U.S. Mail to all creditors on the below matrix list on this 29TH day of July, 2016.

James Alan Poe, p.a.
Attorney for Debtor
9500 S. Dadeland Blvd., Suite 610
Miami, FL 33156    (305)670-3950

By:    _____/S/_____
       James A. Poe, Esq.   F.B.N. 107956

**Matrix List**

ARS/Account Resolution Specialist Po Box 459079Sunrise, FL 33345-9079
Alliance Collection Agencies Po Box 1267Marshfield, WI 54449-7267
Am Community Credit Un  undeliverable
Falls Collection Svc Po Box 668Germantown, WI 53022-0668
FORD MOTOR CREDIT COMPANYP O BOX 62180COLORADO SPRINGS CO 80962-2180preferred
IRS Special ProceduresPOB 7346Philadelphia, PA 19101-7346
Oac Po Box 500Baraboo, WI 53913-0500
Office of the US Trustee 51 S.W. 1st Ave.Suite 1204Miami, FL 33130-1614
Oliver Adjustment Co 3416 Roosevelt RdKenosha, WI 53142-3937
Prof Pl Svc Attn: CrissyPo Box 612Milwaukee, WI 53201-0612
Rcvl Per Mng Attn:Collections/BankruptcyPo Box 1548Lynnwood, WA 98046-1548
State Collection Service Po Box 6250Madison, WI 53716-0250
Teacher Federal Cred U TruStone Financial/Attn: Loss Prevention14601 27th Ave N Suite 104Plymouth, MN 55447-4834
Trustone Fin
WE Energies 333 W Everett StAttn BankruptcyMilwaukee, WI 53290-0002
WI Electric Wi EnergiesPo Box 2046 Rm A130Milwaukee, WI 53201-2046
George Dewey Warner 603 Elizabeth StApt 2Key West, FL 33040-6822
Nancy K. Neidich www.ch13herkert.comPOB 279806Miramar, FL 33027-9806